IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 04–cr–00514–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RICHARD POWELL,
    a/k/a "Duck",

    Defendant.

## ORDER

Upon consideration of Mr. Powell's motion concerning seized property (#1573) and the Government's response (#1576), it is

ORDERED that the Government arrange for return to Mr. Powell of the $21,147.00 in U.S. currency and the Freightliner dump truck, both of which are currently in the possession of the Government.

Dated this 26th day of February, 2007.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge