IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00514-EWN-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICHARD POWELL,
        a/k/a "Duck"

    Defendant.

_____

**ORDER**
_____

This matter having come before the Court on the United States' Motion to Allow Compliance with Levy, and the Court being fully apprised, FINDS that:

1.    On February 26, 2007, this Court ordered (#1595) the United States to arrange to return to Richard Powell $21,147.00 in U.S. Currency and a Freightliner dump truck.

2.    The United States Marshal's Service is the custodian of the subject U.S. Currency and truck.

3.    The United States Marshal's Service has been served with a Writ of Garnishment with Notice of Exemption and Pending Levy from the Arapahoe County Colorado District Court, Case No. 99-JV000840, People of the State of Colorado in the Interest Of: Powell, upon the Petition of the 18th Judicial District, District Attorney's Office, Family Support Division.

It is hereby ORDERED that:

1.    The United States Marshal's Service shall comply with the Writ of Garnishment with Notice of Exemption and Pending Levy, by answering the Questions to be answered by Garnishee.

    2.      Upon service of a Levy, the United States Marshal's Service shall comply with the Levy and release the $21,147.00 in U.S. Currency and Freightliner dump truck to the Arapahoe County District Court..

Dated this 3rd day of May, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD J. NOTTINGHAM
                United States District Judge