UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00514 EWN

Civil Action No. 08-cv-00207 EWN

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

RICHARD POWELL

    Defendant-Movant.

___

**ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFACANDUM**
___

THIS MATTER is before the Court on the Defendant-Movant's motion for a Writ of Habeas Corpus Ad Testifacandum. The Court has reviewed the motion and the associated pleadings and finds good cause that the Writ should the Granted. It is therefore:

**ORDERED** that the Defendant-Movant's motion for Writ of Habeas Corpus Ad Testifacandum is hereby granted, and that Mr. Powell shall be required to be present for the evidentiary hearing to take place in this matter on August 28, 2008.

**SO ORDERED** this 23rd day of July, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                CHIEF UNITED STATES. DISTRICT JUDGE