**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00207-JLK
Criminal Action No. 04-cr-00514-EWN

UNITED STATES OF AMERICA,

v.

Richard Powell,

    Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Kane, J.

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 12th day of November, 2008.

                                             **s/John L. Kane**
                                             SENIOR U.S. DISTRICT JUDGE