**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00514 JLK

UNITED STATES OF AMERICA,

       Plaintiff-Respondent,

v.

RICHARD POWELL,

       Defendant-Movant.

_____

**ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFACANDUM**
_____

THIS MATTER is before the Court on the Defendant-Movant's motion for a Writ of Habeas Corpus Ad Testifacandum. The Court has reviewed the motion and the associated pleadings and finds good cause that the Writ should the Granted. It is therefore:

**ORDERED** that the Defendant-Movant's motion for Writ of Habeas Corpus Ad Testifacandum is hereby granted, and that Mr. Powell shall be required to be present for the hearing to take place in this matter on April 24, 2009.

**DATED THIS 8th DAY OF April, 2008.**

                                                  **BY THE COURT:**

                                                *s/John L. Kane*
                                                HON. JOHN L. KANE
                                                DISTRICT COURT JUDGE