IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   08-cv-00207-WYD
Criminal Action No.   04-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD POWELL,

    Defendant/Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this <u>5th</u> day of January, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                CHIEF JUDGE, UNITED STATES DISTRICT
                COURT FOR THE DISTRICT OF COLORADO