IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-03532-WYD
Criminal Case No.  04-cr-00514-WYD-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD POWELL,

    Defendant/Movant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying [Second] 28 U.S.C. § 2255 Motion, filed on June 26, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that The Application for a Second in Time-Habeas Petition Pursuant to 28 U.S.C. § 2255 and 28 U.S.C. § 2244(b) (ECF No. 2246), filed on January 7, 2013, is DENIED for lack of jurisdiction.  In the alternative, the § 2255 Motion is denied as time-barred.  It is further

    ORDERED that the Motion for the Briefing Schedule to be Issued [ECF Doc. No. 2235] is DENIED as moot.  It is further

    ORDERED that a certificate of appealability is DENIED.

DATED at Denver, Colorado this 27th day of June, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                /s/ Robert R. Keech
                Robert R. Keech,
                Deputy Clerk